J. R. HEAD v. STATE.

No. A-658.  Opinion Filed September 5, 1911.

Appeal from Garvin County Court; W. B. M. Mitchell, Judge.

J. R. Head was convicted of violating the prohibitory law, and appeals.  Appeal dismissed.

Blanton, Andrews & Osborn, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM.  The Attorney General has filed a motion to dismiss the appeal in this case on the ground that the plaintiff in error has become a fugitive from justice.  Upon the showing of the Attorney General the motion is well taken and is sustained.  The appeal is therefore dismissed.

---

ANDY BRANDERSON v. STATE.

No. A-666.

J. H. McCLEARY v. STATE.

No. A-667.

Opinion Filed September 5, 1911.

Appeals from Ottawa County Court; W. Y Quigley, Judge.

O. F. Mason, for plaintiffs in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM.  The Attorney General has filed a motion to dismiss the appeals in these cases on the ground that no notices of appeal were served on the clerk of the county court of Ottawa county, the court from which the judgments appealed from were rendered.  The motion is sustained, and the appeals accordingly dismissed.